# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR103-00051-003 |
| Thomas Johnson ) | USM No: 11698-021 |
| Date of Previous Judgment: November 22, 2004 ) | Robert W. Hunter, III |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**FILED U.S. DISTRICT COURT**
**2009 MAR 13 P 2:58**
**CLERK** /s/ B McCarthy

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] **DENIED.** [X] **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __131__ months **is reduced to** __108 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

The Court considered the facts of this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining the appropriate sentence reduction in this case.

Except as provided above, all provisions of the judgment dated __November 22, 2004,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 13, 2009__

_/s/ Dudley H. Bowen, Jr._
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _____
(if different from order date)

Printed name and title